JUDGE DAVID BRIONES

U.S. Department of Justice
United States Attorney

# United States District Court
## Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **S E A L E D** |
| Plaintiff, | § § | |
| | § | CRIMINAL NO. EP-16-CR |
| v. | § § | |
| TANIA GRACIELA ROCHA-RODRIGUEZ (4), | § § § | EP16CR0429 |
| Defendant. | § § § | |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this 16th day of March, 2016.

UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| **TANIA GRACIELA ROCHA-RODRIGUEZ (4)** | Detain without Bond |